101  465
s 108  298

RUSSELL WHEELER AND FRANK E. WHEELER v. LOUISA MEYER AND JOHN F. GUILLOZ.

[See 95 Mich. 36.]

*Principal and surety—Estoppel—New trial—Practice in circuit court.*

An utter disregard on a second trial of the rules laid down by the Supreme Court on the reversal of a former judgment calls for a second reversal, with costs of both courts.

Error to Wayne. (Brevoort, J.) Argued June 21, 1894. Decided July 10, 1894.

*Assumpsit.* Defendants bring error. Reversed. The facts are stated in 95 Mich. 36.

*Albert J. Chapman,* for appellants.

*Corliss, Andrus & Leete,* for plaintiffs.

McGRATH, C. J. This cause was before this Court in January, 1893, and is reported in 95 Mich. 36. It is sufficient to say that the rules there laid down were utterly disregarded upon the retrial.

The judgment is reversed, with costs of both courts to defendants, and a new trial ordered.

LONG, GRANT, and HOOKER, JJ., concurred. MONT-GOMERY, J., did not sit.